IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN M. RUSCITTI | )<br>)<br>) |
| vs. | ) C. A. No. 03-186 ERIE<br>) |
| PENNSYLVANIA DEPARTMENT OF<br>CORRECTIONS, STATE CORRECTIONAL<br>INSTITUTE AT ALBION | )<br>)<br>) |

## VOLUNTARY DISMISSAL BY STIPULATION

AND NOW, to wit, come the parties and hereby stipulate to the dismissal of the above action with prejudice.

*[signature]*
Richard T. Ruth, Esq.
Attorney for Plaintiff

*[signature]*
Kemal Alexander Mericili, Esq.
Attorney for Defendants

So ORDERED:

_____